# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IRISH JENKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:17cv364-MHT |
| ) | (WO) |
| KOCH FOODS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## OPINION

Plaintiff filed this lawsuit asserting claims under Title VII and 42 U.S.C. § 1981 for harassment and other acts for discrimination on the basis of race and sex, and retaliation. He also brings state-law claims of assault and battery; invasion of privacy; negligent/wanton hiring, training, supervision and retention; and intentional infliction of emotional distress. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss should be granted to the extent that the complaint is supposed to state a claim for discrimination in compensation in Counts

II and II, and denied in all other respects. Also before the court are defendants' objections to the recommendation and plaintiff's response to the objections. After an independent and de novo review of the record, the court concludes that defendants' objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 5th day of February, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**