IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IRISH JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv364-MHT |
| | ) | (WO) |
| KOCH FOODS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants' objections (doc. no. 45) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 43) is adopted.

(3) Defendants' motion to dismiss (doc. no. 12) is granted to the extent that the complaint is supposed to assert a claim for discrimination in compensation in Counts II and III, and is denied in all other respects.

(4) To the extent that the complaint is supposed to

assert a claim in Counts II and III for discrimination in compensation, those claims are dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 5th day of February, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE