# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **IRISH JENKINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:17-cv-364-ECM-WC |
| | ) |
| **KOCH FOODS, INC.,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This matter comes before the Court on Defendant's Motion to Withdraw Erroneously Filed Doc. 75. (Doc. 76). Document 75 is an erroneously filed duplication of Doc. 74, Defendants' Joint Motion to Exclude Plaintiff's Expert Witness Disclosures as Amended.

Upon consideration, Defendants' motion to withdraw (Doc. 76) is **GRANTED**, and it is **ORDERED** that Doc. 75 be and is **WITHDRAWN**.

**DONE** and **ORDERED** this 29th day of October 2018.

                                            /s/ Emily C. Marks
                                           EMILY C. MARKS
                        UNITED STATES DISTRICT JUDGE