IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **IRISH JENKINS,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) CASE NO. 2:17-cv-364-ALB-SMD |
| **KOCH FOODS, INC.,** *et al.*, | ) ) ) |
| **Defendants.** | ) |

## **ORDER**

This matter comes before the court following the hearing conducted in this matter on Wednesday, May 29, 2019. Upon consideration and having heard the positions of the respective parties, it is **ORDERED** as follows:

- The Uniform Scheduling Order in this matter as most recently Amended (Doc. 84) is hereby **AMENDED** as follows: An on-the-record pretrial conference is scheduled for **May 7, 2020, at 10:30 a.m**. in Courtroom 2E in the Frank M. Johnson, Jr. U.S. Courthouse, Montgomery, Alabama. This cause is set for jury selection and trial during the term of court commencing on **June 22, 2020, at 10:00 a.m.** in Montgomery, Alabama.

- The parties are ordered to file a joint status report with this Court not later than June 13, 2019, addressing any remaining issues as well as informing the court of the parties' respective positions on the appointment of a special

master for the completion of discovery and whether the parties have reached an agreement as to the consolidation of certain depositions or other aspects of discovery with this matter and 2:17cv595.

**DONE** and **ORDERED** this 4th day of June 2019.

                                                  /s/ Andrew L. Brasher
                                      ANDREW L. BRASHER
                                      UNITED STATES DISTRICT JUDGE