IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KA'TORIA GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO.:  2:17-cv-00595-ALB-SMD |
| v. | ) | |
| | ) | |
| KOCH FOODS, INC.; | ) | |
| KOCH FOODS OF ALABAMA, LLC; | ) | |
| DAVID BIRCHFIELD; and | ) | |
| MELISSA MCDICKINSON, | ) | |
| | ) | |
| Defendants. | ) | |

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IRISH JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO.:  2:17-cv-00364-ALB-SMD |
| v. | ) | |
| | ) | |
| KOCH FOODS, INC.; | ) | |
| KOCH FOODS OF ALABAMA, LLC; | ) | |
| DAVID BIRCHFIELD; and | ) | |
| MELISSA MCDICKINSON, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **ROBERT HARVEY FULLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **KOCH FOODS, INC.;** ) | Civil Action No. |
| **KOCH FOODS OF ALABAMA,** ) | 2:17-cv-0096 -ALB-SMD |
| **LLC; DAVID BIRCHFIELD; and** ) | |
| **MELISSA MCDICKINSON** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT STATUS REPORT REGARDING DISCOVERY ISSUES

NOW COME counsel for the parties, jointly and submit this Joint Status Report Regarding Discovery Issues arising from the Hearing of May 29, 2019.

1. <u>Consolidation of Depositions in Gray and Jenkins cases:</u>  The Parties, through counsel, have agreed to consolidate depositions in the *Gray* and *Jenkins* cases, except with respect to depositions of the following, which must be taken for each case in turn:

<u>Ka'Toria Gray</u>

<u>Irish Jenkins</u>

<u>Stephen Jackson</u>

<u>David Birchfield</u>

<u>Melissa McDickinson</u>

<u>Bobby Elrod</u>

<u>Koch Foods 30(b)(6) Deposition for Gray</u>

The parties, through counsel, are working up deposition schedules in order to timely complete the depositions.

2. <u>Question of appointment of Special Master:</u> The parties discussed and determined that the cases do not warrant the appointment of a Special Master.

3. <u>Issue of Privileged Documents delivered in *Fuller* case in error:</u> The Plaintiff attorneys represented in open court and again by email on June 12, 2019, to all attorneys, that all copies of the privileged documents, Joint Defense Agreements and Waivers of Claims, had been fully deleted from all emails and any computers, and that all paper copies of same, to the extent, any existed, were destroyed. Defendants, David Birchfield and Melissa McDickinson, through counsel, accept these certifications and representations. Accordingly, the parties agree Motion for Protective Order (Doc 209) is moot.

Respectfully submitted June 13, 2019.

| | |
|---|---|
| Heather Newsom Leonard<br>Heather@HeatherLeonardPC.com<br>Heather Leonard, P.C.<br>2105 Devereux Circle, Suite 111<br>Birmingham, AL  35243<br><br>Cynthia Forman Wilkinson<br>cwilkinson@wilkinsonfirm.net<br>Wilkinson Law Firm P.C.<br>215 N. Richard Arrington Jr. Blvd., Suite 200<br>Birmingham, AL  35203<br><br><br>*/s/ Alicia K. Haynes* with permission<br>Alicia Kay Haynes<br>akhaynes@haynes-haynes.com<br>Haynes & Haynes, PC<br>1600 Woodmere Drive<br>Birmingham, AL  35226<br><br>*Attorneys for Plaintiff* | **/s/** *Rachel V. Barlotta* with permission<br>Rachel V. Barlotta<br>rbarlotta@bakerdonelson.com<br>Sharonda C. Fancher<br>sfancher@bakerdonelson.com<br>Baker, Donelson, Bearman,<br>Caldwell & Berkowitz, P.C.<br>Wells Fargo Tower<br>420 North 20th Street, Suite 1400<br>Birmingham, AL  35203<br><br>*Attorneys for Defendants Koch Foods, Inc.*<br>*And Koch Foods of Alabama, LLC*<br><br>*/s/ Marion F. Walker*<br>Marion F. Walker<br>ASB-0734-L73M<br>Fisher Phillips LLP – Of Counsel<br>2323 2nd Avenue North<br>Birmingham, AL 35203<br>Email: mfwalker@fisherphillips.com<br>Telephone: (205) 327-8354<br>Facsimile: (205) 718-7607 |

|  | Corey Goerdt<br>Ga. Bar No. 437210<br>1075 Peachtree Street, NE, Suite 3500<br>Atlanta, Georgia 30309<br>cgoerdt@fisherphillips.com<br>Telephone (404) 231-1400<br>Facsimile (404) 240-4249<br><br>*Counsel for Defendants David Birchfield and Melissa McDickinson* |
|---|---|