IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IRISH JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:17cv364-RAH |
| | ) |
| KOCH FOODS, INC., et al., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Pending before the Court is the Plaintiff's Motion to Strike Defendant's Expert Disclosure filed on January 14, 2020. (Doc. 109). It is hereby

ORDERED that, on or before **January 22, 2020**, the Defendant shall show cause why the Motion should not be granted.

DONE, this 15th day of January, 2020.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE