IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IRISH JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 2:17-cv-00364-RAH-JTA |
| | ) |
| KOCH FOODS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This cause is before the court on the movant's, Alabama Department of Corrections, Motion to Quash Subpoena (Doc. No. 111) filed on January 16, 2020. Upon consideration of the motion, it is

ORDERED that on or before January 29, 2020, Plaintiff shall show cause why the motion (Doc. No. 111) should not be granted. Movant Alabama Department of Corrections shall file a reply on or before February 1, 2020.

DONE this 22nd day of January, 2020.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE