**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **IRISH JENKINS,** | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO.: 2:17-cv-00364-ALB-SMD |
| v. | ) | |
| | ) | |
| **KOCH FOODS, INC.;** | ) | |
| **KOCH FOODS OF ALABAMA, LLC;** | ) | |
| **DAVID BIRCHFIELD; and** | ) | |
| **MELISSA MCDICKINSON,** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF ATTORNEY ANNALESE H. REESE

Annalese Herndon Reese of Fisher & Phillips LLP hereby withdraws her Appearance on behalf of the Individual Defendants, David Birchfield and Melissa McDickinson, in the above-captioned matter. Marion F. Walker will remain lead counsel for Individual Defendants in this matter and requests that copies of all papers and pleadings be served upon the undersigned at the address below in lieu of service upon the Individual Defendants.

Respectfully submitted,

*Marion F. Walker*
Marion F. Walker
ASB-0734-L73M
FISHER & PHILLIPS LLP
2323 2nd Avenue North
Birmingham, Alabama 35203
Phone: (205) 327-8354
Fax: (205) 718-7607
mfwalker@fisherphillips.com

COUNSEL FOR DEFENDANTS
DAVID BIRCHFIELD AND
MELISSA MCDICKINSON

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 25, 2020, the foregoing was been electronically filed using the Court's CM/ECF system which will serve a copy upon the following counsel of record by email:

| | |
|---|---|
| Heather Newsom Leonard<br>Heather@HeatherLeonardPC.com<br>Heather Leonard, P.C.<br>2105 Devereux Circle, Suite 111<br>Birmingham, AL  35243<br><br>Cynthia Forman Wilkinson<br>cwilkinson@wilkinsonfirm.net<br>Wilkinson Law Firm P.C.<br>215 N. Richard Arrington Jr. Blvd., Suite 200<br>Birmingham, AL  35203<br><br>Alicia Kay Haynes<br>akhaynes@haynes-haynes.com<br>Haynes & Haynes, PC<br>1600 Woodmere Drive<br>Birmingham, AL  35226<br><br>*Attorneys for Plaintiff* | Rachel V. Barlotta<br>rbarlotta@bakerdonelson.com<br>Sharonda C. Fancher<br>sfancher@bakerdonelson.com<br>Baker, Donelson, Bearman,<br>Caldwell & Berkowitz, P.C.<br>Wells Fargo Tower<br>420 North 20th Street, Suite 1400<br>Birmingham, AL  35203<br><br>*Attorneys for Defendants Koch Foods, Inc.*<br>*And Koch Foods of Alabama, LLC* |

                                                         *Marion F. Walker*
                                                          Of Counsel